Certificate Number: 06531-PAM-DE-036489217

Bankruptcy Case Number: 17-04553


06531-PAM-DE-036489217

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 20, 2022, at 12:55 o'clock PM CDT, Michelle Grove completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: April 20, 2022

By: /s/Connie Krosch

Name: Connie Krosch

Title: Certified Credit Counselor