United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                                                                          Case No. 17-04553-MJC

Michelle Lynn Grove                                                                                                                            Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4                                       User: AutoDocke                                     Page 1 of 4

Date Rcvd: Dec 16, 2022                             Form ID: 3180W                                Total Noticed: 56

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michelle Lynn Grove, 1622 Long Run Road, Mill Hall, PA 17751-9366 |
| 4987302 | | Citi/AAdvantage, PO BOX 6062, Sioux Falls, SD 57117 |
| 4987310 | | Credit One Bank Credit Card, PO BOX 98872, Las Vegas, NV 89193-8872 |
| 4987309 | | Credit One Bank Credit Card, PO BOX 98873, Las Vegas, NV 89193-8873 |
| 4987311 | | Empower Retirement, PO Box 173764, Denver, CO 80217-3764 |
| 4987313 | | First Credit, N.A., PO BOX 81083, Cleveland, OH 44181 |
| 4987318 | | Geisinger Medical Center, 100 North Academy Ave., Danville, PA 17822-3941 |
| 4987319 | + | Great Lakes, 2401 International, PO Box 7859, Madison, WI 53707-7859 |
| 4987320 | + | John E. Carder, D.D.S., LTD, 180 Regent Court, Suite 100, State College, PA 16801-7991 |
| 4987325 | | Mount Nittany Medical Center, PO BOX 1259, State College, PA 16804-1259 |
| 4987326 | | Nittany Eye Associates - Windmere, 428 Windmere Drive, Suite 100, State College, PA 16801-7644 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | EDI: JPMORGANCHASE | Dec 16 2022 23:38:00 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, 3415 Vision Drive, Columbus, OH 43219 |
| 4987293 | | Email/PDF: bncnotices@becket-lee.com | Dec 16 2022 18:51:48 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 4987294 | + | Email/PDF: bncnotices@becket-lee.com | Dec 16 2022 18:51:53 | American Express, PO BOX 981537, El Paso, TX 79998-1537 |
| 5024945 | | Email/PDF: bncnotices@becket-lee.com | Dec 16 2022 18:51:46 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4987295 | | EDI: BANKAMER.COM | Dec 16 2022 23:38:00 | Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 4987296 | | EDI: BANKAMER.COM | Dec 16 2022 23:38:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 5034916 | + | EDI: BANKAMER2.COM | Dec 16 2022 23:38:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 4987297 | | EDI: CAPITALONE.COM | Dec 16 2022 23:38:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5007055 | | EDI: CAPITALONE.COM | Dec 16 2022 23:38:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 4987298 | | EDI: CAPITALONE.COM | Dec 16 2022 23:38:00 | Capital One Bank, USA, NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 4987301 | + | EDI: CITICORP.COM | Dec 16 2022 23:38:00 | Citi Cards/Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 4987303 | + | EDI: WFNNB.COM | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 4987304 | | EDI: WFNNB.COM | Dec 16 2022 23:38:00 | Comenity Bank, PO BOX 182789, Columbus, OH 43218-2789 |
| 4987306 | + | EDI: WFNNB.COM | Dec 16 2022 23:38:00 | Comenity Bank/Fashion Bug, ATTN: Bankruptcy Department, PO BOX 182125, Columbus, OH 43218-2125 |
| 4987305 | | EDI: WFNNB.COM | Dec 16 2022 23:38:00 | Comenity Bank/TORRID, PO BOX 182789, Columbus, OH 43218-2789 |
| 5005618 | | EDI: CRFRSTNA.COM | Dec 16 2022 23:38:00 | Comenity Bank/Torrid, ATTN Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 4987307 | | EDI: CRFRSTNA.COM | Dec 16 2022 23:38:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 4987308 | + | Email/Text: bdsupport@creditmanagementcompany.com | Dec 16 2022 23:38:00 | Credit First, N.A./Bridgestone, PO BOX 81410, Cleveland, OH 44181-0410 |
| 4987317 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 16 2022 18:36:00 | Credit Managment Co., 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 4987312 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 16 2022 18:36:00 | FNB - Omaha, PO Box 3412, Omaha, NE 68197 |
| 4990731 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 16 2022 18:36:00 | First Bankcard, PO BOX 2557, Omaha, NE 68103-2557 |
| 4987314 | + | EDI: AMINFOFP.COM | Dec 16 2022 18:36:00 | First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 4987315 | | EDI: AMINFOFP.COM | Dec 16 2022 23:38:00 | First Preimer Bank, 601 S. Minnesota Ave., Sioux Falls, SD 57104-4824 |
| 4987316 | + | EDI: AMINFOFP.COM | Dec 16 2022 23:38:00 | First Premier Bank, PO BOX 5524, Sioux Falls, SD 57117-5524 |
| 4987299 | | EDI: JPMORGANCHASE | Dec 16 2022 23:38:00 | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 4987300 | | EDI: JPMORGANCHASE | Dec 16 2022 23:38:00 | Chase, PO BOX 15298, Wilmington, DE 19850-5298 |
| 5031518 | | EDI: JPMORGANCHASE | Dec 16 2022 23:38:00 | Chase Mortgage, PO BOX 24696, Columbus, OH 43224 |
| 5034301 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 16 2022 23:38:00 | JPMorgan Chase Bank, N.A., Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 5034306 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 16 2022 18:41:29 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5034303 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 16 2022 18:41:24 | LVNV Funding, LLC its successors and assigns as, assignee of Consumer Lending, Receivables Trust 2016-B, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5164949 | ^ | MEBN | Dec 16 2022 18:41:24 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5164950 | ^ | MEBN | Dec 16 2022 18:35:30 | Lakeview Loan Servicing, LLC, c/o Flagstar Bank, FSB, P. O. Box 660263, Dallas, TX 75266-0263 |
| 4987321 | + | Email/Text: bk@lendingclub.com | Dec 16 2022 18:35:28 | Lakeview Loan Servicing, LLC, c/o Flagstar Bank, FSB, P. O. Box 660263, Dallas, TX 75299, Lakeview Loan Servicing, LLC, c/o Flagstar Bank, FSB 75266-0263 |
| 5034296 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 16 2022 18:36:00 | Lending Club Corp., 71 Stevenson St. STE 300, San Francisco, CA 94105-2985 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 16 2022 18:41:23 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 4987323 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 16 2022 18:41:34 | Merrick Bank, 10705 S. Jordan GTWY STE 200, South Jordan, UT 84095-3977 |
| 4987324 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 16 2022 18:41:29 | Merrick Bank, PO BOX 1500, Draper, UT 84020-1127 |
| 4987322 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 16 2022 18:41:29 | Merrick Bank, PO BOX 9201, Old Bethpage, NY 11804-9001 |
| 4987866 | + | EDI: RECOVERYCORP.COM | Dec 16 2022 23:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4987327 | | Email/Text: bankruptcynotices@psecu.com | Dec 16 2022 18:36:00 | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| 4987328 | + | Email/Text: bankruptcynotices@psecu.com | Dec 16 2022 18:36:00 | PSECU, 1500 Elmerton Ave., Harrisburg, PA 17110-9214 |
| 4987329 | | Email/Text: bankruptcynotices@psecu.com | Dec 16 2022 18:36:00 | PSECU Visa, PO BOX 67013, Harrisburg, PA 17106-7013 |
| 4999864 | + | EDI: JEFFERSONCAP.COM | Dec 16 2022 23:38:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5031970 | | EDI: Q3G.COM | Dec 16 2022 23:38:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5021020 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Dec 16 2022 18:36:00 | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 4987330 | + | EDI: RMSC.COM | Dec 16 2022 23:38:00 | Walmart, PO BOX 965024, Orlando, FL 32896-5024 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2022 at the address(es) listed**

below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Frank S. Miceli | on behalf of Debtor 1 Michelle Lynn Grove fmiceli@robertsmiceli.com;kristy@robertsmiceli.com law@robertsmiceli.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| Kevin S Frankel | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pa-bk@logs.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: Michelle Lynn Grove | | Social Security number or ITIN: xxx–xx–5054 |
| First Name  Middle Name  Last Name | | EIN: __–_____ |
| Debtor 2 (Spouse, if filing): | | Social Security number or ITIN: ____ |
| First Name  Middle Name  Last Name | | EIN: __–_____ |
| United States Bankruptcy Court  Middle District of Pennsylvania | | |
| Case number: 4:17–bk–04553–MJC | | |

# Order of Discharge  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michelle Lynn Grove
aka Michelle Grove – Avon Sales

12/16/22

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**