UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re: Michelle Lynn Grove

Case No.: 4-17-04553MJC

Chapter 13

**Debtor(s)**

# NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Flagstar Bank |
| Court Claim Number: | 09 |
| Last Four of Loan Number: | 9470 |
| Property Address if applicable: | 1622 Long Run Rd, Mill Hall |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $54.40 |
| b. | Prepetition arrearages paid by the trustee: | $54.40 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $54.40 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage is paid directly by the debtor(s).

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: December 19, 2022　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　<u>/s/ Jack N. Zaharopoulos</u>
　　　　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　　　　Suite A, 8125 Adams Drive
　　　　　　　　　　　　　　　　　　　　　　　Hummelstown, PA  17036
　　　　　　　　　　　　　　　　　　　　　　　Phone:  (717) 566-6097
　　　　　　　　　　　　　　　　　　　　　　　Fax:  (717) 566-8313
　　　　　　　　　　　　　　　　　　　　　　　email:  info@pamd13trustee.com

# Disbursements for Claim

Case: 17-04553    MICHELLE LYNN GROVE

**JPMORGAN CHASE BANK, NA**
3415 VISION DRIVE
ATTN: DEPT. OH-7133
COLUMBUS, OH   43219-

Sequence: 24
Modify:
Filed Date:
Hold Code:

Acct No: 1622 Long Run Rd - PRE-ARRE

ARREARS - 1622 LONG RUN ROAD

|  |  |  |  |
|---|---|---|---|
| Amt Sched: $113,571.72 | Debt: $54.40 | Interest Paid: $0.00 | |
| Amt Due: $0.00 | Paid: $54.40 | Accrued Int: $0.00 | |
|  |  | Balance Due: $0.00 | |

| Claim | name | Type | Date | Check # | Principal | Interest / DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **JPMORGAN CHASE BANK, NA** | | | | | | | |
| 520-0 | JPMORGAN CHASE BANK, NA | | 05/15/2018 | 9004981 | $54.40 | $0.00 | $54.40 | 05/15/2018 |
| | | | | | | Payment for 5/2018 | | |
| | | | | Sub-totals: | $54.40 | $0.00 | $54.40 | |
| | | | | Grand Total: | $54.40 | $0.00 | | |

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   Michelle Lynn Grove      CHAPTER 13
            Debtor(s)

CASE NO: 4-17-04553MJC

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 19, 2022, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Frank S. Micelli, Esq
146 East Water St
Lock Haven, PA 17745

**Served by First Class Mail**
Flagstar Bank
ATT: Customer Service Dept
5151 Corporate Dr
Troy MI 48098

Michelle Lynn Grove
1622 Long Run Rd
Mill Hall PA 17751

I certify under penalty of perjury that the foregoing is true and correct.

Date:  December 19, 2022     /s/  Liz Joyce
      Office of the Standing Chapter 13 Trustee
      Jack N. Zaharopoulos
      Suite A, 8125 Adams Dr.
      Hummelstown, PA  17036
      Phone:  (717) 566-6097
      email: info@pamd13trustee.com