Fill in this information to identify the Fill in this information to identify the case:

Debtor 1    Michelle Lynn Grove aka Michelle Grove - Avon Sales

United States Bankruptcy Court for the MIDDLE District of Pennsylvania

Case number    17-04553 RNO

Official Form 410S1

# Notice of Mortgage Payment Change          12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Lakeview Loan Servicing, LLC

**Court claim no.** (if known): 9

**Last 4 digits** of any number you use to identify the debtor's account: 1985

**Date of payment change:**
Must be at least 21 days after date of this notice        12/01/2019

**New total payment:**        $857.81
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $264.51        New escrow payment: $254.73

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%        New interest rate: _____%

   Current principal and interest payment: $_____    New principal and interest payment: $_____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
      (*Court approval may be required before the payment change can take effect.*)

      Reason for change: _____

   Current mortgage payment: $_____        New mortgage payment: $_____

Official Form 410S1        Notice of Mortgage Payment Change        page 1

| Debtor(s) | Michelle Lynn Grove aka Michelle Grove - Avon Sales | Case number *(if known)* 17-04553 RNO |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ James C. Warmbrodt            Date   10/25/2019
Signature

| Print: | James C. Warmbrodt | Title | Attorney for Creditor |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

| Company | KML Law Group, P.C. |
|---|---|

| Address | 701   Market Street, Suite 5000 |
|---|---|
| | Number   Street |
| | Philadelphia,   PA   19106 |
| | City   State   ZIP Code |

| Contact phone | (215) 627–1322 | Email | JWarmbrodt@kmllawgroup.com |
|---|---|---|---|